UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Stratford Insurance Company, )
       Plaintiff, )
       )
vs. )
       )   Case No.: 20-cv-
Shorewood Forest Utilities, Inc., Greg )
Schafer, Carlotta Holmes, )
Individually and on Behalf of All )
Others Similarly Situated, )
       Defendants. )

## **PLAINTIFF, STRATFORD INSURANCE COMPANY'S EXHIBIT INDEX TO IT'S COMPLAINT FOR DECLARATORY**

Exhibit A:   Insurance Policy

Exhibit B:   Amended Class Action Complaint (*Greg Schafer, and Carlotta Holmes, Individually and on Behalf of All Others Similarly Situated, v. Shorewood Forest Utilities, Inc., Greg Colton, Dan Clark, Ken Buczek and Terry Atherton; Cause No. 64D02-1705-CT-4698*)

Exhibit C:   Rex Properties, Inc. Counterclaim *(Rex Properties, LLC. v. Shorewood Forest Utilities, Inc., 64D02-180-PL-10200)*

Exhibit D:   Stipulation for Entry of Judgment by Consent Against Defendant, and the Assignment and Covenant not to Execute

Exhibit E:   Consent Judgment;

Exhibit F:   Motion for Supplemental Proceedings

Exhibit G:   Amended Motion for Supplemental Proceedings

        Respectfully Submitted,

        KOPKA PINKUS DOLIN PC


By:   */s/ Sheri Bradtke McNeil*
      Sheri Bradtke McNeil (#19280-45)
      Attorney for Stratford Insurance Company

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel: (219) 794-1888
Fax: (219) 794-1892
Email: SBMcNeil@kopkalaw.com